```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
```

**Alexandria Division**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:24-cv-1756 |
| | ) | |
| $860,000.00 IN FUNDS SEIZED FROM | ) | |
| CRYPTO.COM ACCOUNT ASSOCIATED | ) | |
| WITH USER ID 44994111 AND EMAIL | ) | |
| ADDRESS | ) | |
| WESTCOUNTYCONSTRUCTION@COMCAST.NET, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

THIS MATTER comes before the Court on the Report and Recommendation of the Magistrate Judge dated September 09, 2025, in response to a Motion for Default Judgment.

Based on a _de_ _novo_ review of the evidence in this case, having reviewed the Report and Recommendation, it appears to the Court that the Magistrate Judge's Report and Recommendation is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge. It is hereby

ORDERED that DEFAULT JUDGMENT is entered for Plaintiff, United States of America, against Defendant Funds, $860,000.00 seized from the crypto.com account associated with user id 44994111 and email address westcountyconstruction@comcast.net.

1

It is FURTHER ORDERED that FORFEITURE is entered extinguishing any and all rights and interests that anyone may have in the Defendant Funds and the Defendant Funds are ORDERED FORFEITED to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C).

It is FURTHER ORDERED that the Attorney General or a designee dispose of the Defendant Funds in accordance with law.

This case is DISMISSED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
September 30, 2025